IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    12-cv-00337-CMA-MJW

JEFF BROSH, and
JOHN COON,

Plaintiff(s),

v.

LINDA DUKE, in her individual capacity,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Defendant's Unopposed Motion to Stay Discovery and Vacate Scheduling Conference, DN 10, filed with the Court on April 17, 2012, is GRANTED.  The Scheduling Conference set on May 4, 2012, at 1:30 p.m., is VACATED.  Discovery is stayed pending resolution of Defendant's Motion to Dismiss.

Date:  April 19, 2012