IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    12-cv-00337-CMA-MJW

JEFF BROSH, and
JOHN COON,

Plaintiff(s),

v.

LINDA DUKE, in her individual capacity,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

In view of Judge Arguello's October 24, 2012 Order (Docket No. 24), it is hereby ORDERED that a Scheduling Conference, consistent with the court's previous Order (Docket No. 6), is set for December 4, 2012 at 10:00 a.m. In addition, the stay on discovery is lifted.

Date: October 25, 2012