IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00337-CMA-MJW

JEFF BROSH, and
JOHN COON,

Plaintiffs,

v.

LINDA DUKE, in her individual capacity,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Unopposed Motion to Vacate and Reset Scheduling Conference (Docket No. 28) is GRANTED. The Scheduling Conference set for December 4, 2012 at 10:00 a.m. is VACATED. The Scheduling Conference is RESET for December 17, 2012 at 9:00 a.m.

Date: November 7, 2012