IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00337-RM-MJW

JEFF BROSH, and
JOHN COON,

Plaintiffs,

v.

LINDA DUKE, in her individual capacity,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Unopposed Motion for Leave to Depose Inmate Ernie Ransier (Docket No. 44) is GRANTED.  Pursuant to Fed. R. Civ. P. 30(a)(2)(B), plaintiffs are given leave to depose Ernie Ransier, who is currently incarcerated at the Fremont Correctional Facility.

Date: May 20, 2013