**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 12-cv-00337-RM-MJW

JEFF BROSH, and
JOHN COON,

    Plaintiffs,

v.

LINDA DUKE, in her individual capacity,

    Defendant.

---

**ORDER GRANTING
DEFENDANT'S MOTION FOR LEAVE
TO FILE MOTION FOR SUMMARY JUDGMENT (ECF No. 60)**

---

THIS MATTER comes before the Court on Defendant Linda Duke's ("Defendant") Motion for Leave to File Motion for Summary Judgment Pursuant to Fed.R.Civ.P. 56 ("Motion") (ECF No. 60). On March 29, 2013, Defendant filed a "Motion for Summary Judgment" addressed to Plaintiff Jeff Brosh's claims. On August 16, 2013, Defendant filed another "Motion for Summary Judgment," but addressed to both Plaintiffs' claims. The parties dispute whether Defendant's March 29, 2013 motion for summary judgment was a "partial" or first motion for summary judgment, and August 16, 2013 motion for summary judgment constitutes a second motion for summary judgment impermissible absent exceptional circumstances under this Court's and former presiding Judge Arguello's respective practice standards. In light of the apparent confusion, the Court will allow Defendant leave to file the August 16, 2013 motion for summary judgment. The parties are advised, however, where parties are represented by the same

counsel, absent leave from the Court, only one motion for summary judgment is permitted per side (*e.g., plaintiffs or defendants*), regardless of the number of parties per side. It is therefore,

ORDERED that Defendant's Motion (ECF No. 60) is GRANTED and the Motion for Summary Judgment (ECF No. 59) is accepted as filed. The time for Plaintiffs to file their response begins to run from the date of this Order, calculated pursuant to Fed.R.Civ.P. 6 and this Court's Civil Local Rules.

DATED this 30th day of September, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge