IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.12-cv-00337-RM-MJW

JEFF BROSH, and
JOHN COON,

    Plaintiffs,

v.

LINDA DUKE, in her individual capacity,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

It is ORDERED that Defendant's Motion for Summary Judgment against Plaintiff Jeff Brosh for failure to exhaust administrative remedies is GRANTED. It is

FURTHER ORDERED that Defendant's Motion for Summary Judgment against both Plaintiffs based on qualified immunity is GRANTED. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Linda Duke, and against Plaintiffs, Jeff Brosh and John Coon. It is

FURTHER ORDERED that Defendant, Linda Duke shall have her costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of the final order, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that Plaintiffs' Complaint and this civil action are DISMISSED with prejudice.

DATED at Denver, Colorado this  28th   day of August, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Emily Seamon
Emily Seamon, Deputy Clerk